# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GERALD ANTHONY MCGRATH,       Case No. 2:20-cv-02301-DMC (PC)

     Plaintiff,

     v.

RICHARD CRAIG WEISS,

     Defendant.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

Gerald Anthony McGrath, CDCR # T-41510, a necessary and material witness in a settlement conference in this case on June 9, 2021, is confined in the California Health Care Facility (CHCF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson, by telephonic-conferencing from his place of confinement, on Wednesday, June 9, 2021 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Health Care Facility at (209) 467-2676 or via email.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Nic Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

Dated: May 12, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CHCF, 7707 Austin Road, Stockton, California 95215:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Peterson at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


Dated:  May 12, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE